IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CODY HOLTZ, | § § | |
| *Plaintiff,* | § § § | SA-22-CV-01356-OLG |
| vs. | § § | |
| MENCAR OTR LLC., JULIO SALDIVAR, DIRECTOR OF BUSINESS; | § § § § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation, recommending this case be dismissed for want of prosecution and failure to follow a court order. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 9th day of February, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE